UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| BARRY BROCK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEHR PROCESS CORP.; BEHR PAINT CORP.; MASCO CORP.; THE HOME DEPOT, INC.; and HOME DEPOT U.S.A., INC.<br><br>Defendants. | Civil Action No. 2:17-cv-12341-JMV- MF<br><br>STIPULATION OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE |

COME NOW all parties and their respective counsel of record, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the voluntary dismissal of the above-captioned action filed by BARRY BROCK, with prejudice against defendants BEHR PROCESS CORP., BEHR PAINT CORP., MASCO CORP., THE HOME DEPOT, INC., and HOME DEPOT U.S.A., INC.

All parties agree to this stipulation to dismiss the action known as <u>Barry Brock v. Behr Process Corporation, et al</u>. United States District Court of New Jersey, Case No. 2:17-cv-12341-JMV-MF SC, and further request that costs be taxed as paid, and each party will bear their respective attorneys' fees.

January 25, 2019

/s/ Michael Weinkowitz
Michael Weinkowitz
Charles E. Schaffer
LEVIN SEDRAN & BERMAN, LLP
510 Walnut Street – Suite 500
Philadelphia, PA  19106-3697
Telephone:  (215) 592-1500
Facsimile:  (215) 592-4663
mweinkowitz@lfsblaw.com
cschaffer@lfsblaw.com

*Attorneys for Plaintiff*

| | |
|---|---|
| January 25, 2019 | */s/ Robert A. Assuncao*<br>Robert A. Assuncao<br>Steven F. Gooby<br>ANSA ASSUNCAO, LLP<br>100 Matawan Road, Suite 410<br>Matawan, NJ  07747<br>Telephone:  (732) 993-9850<br>Facsimile:  (732) 993-9851<br>robert.assuncao@ansalaw.com<br>steven.gooby@ansalaw.com<br><br>*Attorneys for BEHR PPROCESS CORP., BEHR PAINT CORP., and the MASCO CORP* |
| January 25, 2019 | */s/ Nicholas Stevens*<br>Nicholas Stevens<br>STARR, GERN, DAVISON & RUBIN, P.C.<br>105 Eisenhower Parkway, Suite 401<br>Roseland, NJ  07068<br>Telephone: (973) 403-9200<br>Facsimile:  (973) 226-0031<br>nstevens@starrgern.com<br><br>*Attorney for THE HOME DEPOT, INC.; and HOME DEPOT USA, INC.* |

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date:  1/24/19

## CERTIFICATION OF SERVICE

I certify under penalty of perjury that, on January 25, 2019, I caused this Stipulation of Voluntary Dismissal of Action with Prejudice, to be served upon all counsel of record via the electronic filing system.

*s/ Michael Weinkowitz*
Michael Weinkowitz
